# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-2120 **Short Title:** California et al. v. NHTSA

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
State of Washington as the

[ ] appellant(s) [ ] appellee(s) [ ] amicus curiae

[✔] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Alexandria K. Doolittle
Signature

Oct. 20, 2026
Date

Alexandria K. Doolittle
Name

Wash. Attorney General's Office
Firm Name (if applicable)

360-586-6769
Telephone Number

2425 Bristol Ct SW, PO Box 40117
Address

360-586-6760
Fax Number

Olympia, WA 98504
City, State, Zip Code

alex.doolittle@atg.wa.gov
Email (required)

Court of Appeals Bar Number: 1218398

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 25-8019

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).