# United States Court of Appeals
## For the First Circuit

No. 26-2120

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; COMMONWEALTH OF MASSACHUSETTS; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CITY OF CHICAGO; CITY AND COUNTY OF DENVER; CITY OF LOS ANGELES; CITY OF NEW YORK; CITY AND COUNTY OF SAN FRANCISCO,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in the official capacity as Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**ORDER OF COURT**

Entered: October 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the notice of substitution of counsel is construed as a motion to withdraw Attorneys Steven H. Hazel and Thomas Pulham as counsel for Respondents and is granted. Attorneys Hazel and Pulham are hereby withdrawn as counsel of record, and Respondents will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Seth Schofield, Jon Whitney, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Lyle T. Leonard, Sarah A. Hunger, Jason Elliott James, Emma Akrawi, Steven J. Goldstein, Elizabeth Morrisseau, Joseph Robert Richie, Peter N. Surdo, Nell Maria Miano Hryshko, J. Spencer Lotz, Judith N. Vale, Ashley Marie Gregor, Daniel Paul Mosteller, Paul Garrahan, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Myriam Zreczny Kasper, Kristin Brainerd, Jessica B. Brown, David Scott Louk, Sophia L. Cai, Thomas Pulham, Steven H. Hazel, Sue Chen, Susan Paulson